**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7366

LOUIS ROY CHAPMAN, JR.,

Petitioner - Appellant,

versus

RONALD ANGELONE, Director, Virginia Department
of Corrections; ATTORNEY GENERAL OF THE COM-
MONWEALTH OF VIRGINIA,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-00-848)

Submitted: December 18, 2001      Decided: January 14, 2002

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Louis Ray Chapman, Jr., Appellant Pro Se. Linwood Theodore Wells,
Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Louis Roy Chapman, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) and denying his motion under Fed. R. Civ. P. 59(e).  We have reviewed the record and the district court's orders and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Chapman v. Angelone, No. CA-00-848 (E.D. Va. July 12 & Aug. 6, 2001).  We deny leave to proceed on appeal in forma pauperis and deny Chapman's motion for appoinment of counsel.  Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2